UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHANIE DIGGS,

                    Plaintiff,                    20-cv-6301 (JGK)

          - against -                             ORDER

NATIONAL RAILROAD PASSENGER CORP.,
ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

     The parties should file a Rule 26(f) Report by November 6,

2020.


SO ORDERED.

Dated:     New York, New York
           October 26, 2020                _____
                                                John G. Koeltl
                                           United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/26/2020