# ROME, ARATA, BAXLEY & STELLY, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW
SUITE 2017, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

C. PERRIN ROME, III ALSO ADMITTED IN D.C.
BLAKE G. ARATA, JR.
BRISTOL A. BAXLEY ALSO ADMITTED IN TX
W. CHAD STELLY ALSO ADMITTED IN MS
JASON C. MACFETTERS

June 24, 2022

TELEPHONE (504) 522-9980
FACSIMILE (504) 522-9971
THIS WRITER'S E-MAIL:

wcstelly@romearata.com

*Via ECF*
Honorable John G. Koeltl, Judge
U.S.D.C.-S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten: The Clerk is directed to close all pending motions and to close the case. So ordered. /s/ JGK 6/27/22 U.S.D.J.]*

**Re:** *Diggs v. National Railroad Passenger Corporation, et al.*
U.S.D.C.-S.D.N.Y, Civil Action No.: 1:20-cv-06301-JGK
RABS File No. 507-3366

Your Honor:

As the record of this matter will bear, the undersigned represents Plaintiff Stephanie Diggs.

Previously, Plaintiff filed a Motion to Enforce Settlement, which was subsequently "passed" based on discussions between Plaintiff and Defendant National Railroad Passenger Corporation.

I am pleased to announce that all issues raised by the Motion to Enforce Settlement have been resolved in their entirety. Thus, Plaintiff's Motion is moot. Moreover, settlement of this matter has been fully funded and this matter has been concluded in its entirety.

I appreciate the Court's time and consideration in this matter.

With kindest regards, I remain

Very truly yours,
ROME, ARATA, BAXLEY, & STELLY, LLC
/s/ W. Chad Stelly
**W. CHAD STELLY, ESQ.**

Cc: Robert Drucker, Esq. (via email: rdrucker@fp.law)
Rachel Rubenstein, Esq. (via email: rrubenstein@lcbf.com)